IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO.: 1:16-CV-381

| | | |
|---|---|---|
| EAGLES NEST OUTFITTERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF APPEARANCE |
| IBRAHEEM HUSSEIN, d/b/a "MALLOME", | ) ) | |
| | ) | |
| Defendant. | ) | |

Derek J. Allen, Esq. of the firm of Ward and Smith, P.A. hereby provides notice that he is entering an appearance as counsel of record in this action for the Plaintiff, Eagles Nest Outfitters, Inc.

This the 23rd day of November, 2016.

>　*/s/ Derek J. Allen*
> Derek J. Allen
> N.C. State Bar I.D. No.: 24091
> email:  dja@wardandsmith.com
> For the firm of
> Ward and Smith, P.A.
> Post Office Box 2020
> Asheville, NC  28802-2020
> Telephone:  828.348.6012
> Facsimile:  828.348.6077
> Attorneys for Plaintiff

CERTIFICATE OF SERVICE

       I hereby certify that on November 23, 2016, I electronically filed NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed the document to the following non CM/ECF participant: Ibraheem Hussein, d/b/a "MalloMe".

       */s/ Derek J. Allen*
       Derek J. Allen
       N.C. State Bar I.D. No.: 24091
       email:  dja@wardandsmith.com
       For the firm of
       Ward and Smith, P.A.
       Post Office Box 2020
       Asheville, NC  28802-2020
       Telephone:  828.348.6012
       Facsimile:  828.348.6077
       Attorneys for Plaintiff