# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00381-MR

| | |
|---|---|
| EAGLES NEST OUTFITTERS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>IBRAHEEM HUSSEIN, doing )<br>business as MalloMe, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

This action was filed on November 22, 2016. [Doc. 1]. After the Defendant was served with process, the parties filed a joint motion for an extension of time for the Defendant to file an answer on February 14, 2017. [Doc. 9]. The Court granted the parties' motion, giving the Defendant until March 8, 2017, to answer or otherwise respond to the Complaint. [Text-Only Order entered Feb. 15, 2017]. As of the date of this Order, however, the Defendant has yet to file an answer, and the Plaintiff appears to have made no effort to prosecute this action further against the Defendant.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to the Defendant.  **The Plaintiff is advised that failure to take further action against the Defendant will result in the dismissal of this case.**

**IT IS SO ORDERED.**

Signed: March 15, 2017

Martin Reidinger
United States District Judge