THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00381-MR

| | |
|---|---|
| EAGLE NEST OUTFITTERS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> IBRAHEEM HUSSEIN, d/b/a ) <br> "MALLOME", ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Entry of Consent Injunction [Doc. 11].

The parties move jointly for the entry of an injunction and final judgment in this case. [Doc. 11]. The motion is signed by counsel for the Plaintiff, Derek Allen, and counsel for the Defendant, Oleg Mestechkin. [Id.]. Mr. Mestechkin, however, is not admitted to the Bar of this Court and has not sought special admission or admission *pro hac vice*. Accordingly, the Court will not entertain the parties' motion and it will be denied without prejudice. The parties may refile their joint motion upon Mr. Mestechkin's proper admission to the Bar of this Court.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion for Entry of Consent Injunction [Doc. 11] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: May 1, 2017

Martin Reidinger
United States District Judge